IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| AMERICAN BANK CENTER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:18mc103-MOC-DCK |
| | ) | |
| STEPHEN BARKER, | ) | |
|     Defendant. | ) | |

## ORDER DESIGNATING EXEMPT PROPERTY

At issue in this miscellaneous civil matter is Defendant Stephen Barker's Notice to Claim Exempt Property (Statutory Exemptions) (Doc. 6). Plaintiff American Bank Center has not filed any objections to Defendant's Notice to Claim Exempt Property pursuant to N.C. Gen. Stat. § 1C-1603(e)(5) (providing that "[t]he judgment creditor has 10 days from the date served with a motion and schedule of assets . . . to file an objection to the judgment debtor's schedule of exemptions").

Accordingly, for good cause, and without any objection from Plaintiff American Bank Center, it is hereby **ORDERED** that Defendant Stephen Barker's requested statutory exemptions are **GRANTED**, within the limits set forth in his Notice to Claim Exempt Property (Doc. 6) and as allowed by state law pursuant to § 1C-1601 of the North Carolina General Statutes. *See* N.C. Gen. Stat. § 1C-1603(e)(6) (providing that "[i]f the judgment creditor files no objection to the schedule filed by the judgment debtor . . . the clerk must enter an order designating the property allowed by law and scheduled by the judgment debtor as exempt property").

Signed: November 19, 2018

_____
Frank G. Johns, Clerk
United States District Court