# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-MC-103-MOC-DCK

| | |
|---|---|
| AMERICAN BANK CENTER, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| STEPHEN BARKER, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** regarding the status of this case and scheduling concerns. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

On April 10, 2019, the undersigned held a telephone conference to discuss the status of this case and "American Bank Center's Motion To Charge Limited Liability Company Interests Of Stephen D. Barker" (Document No. 10). Based on that discussion, the undersigned believes there is some likelihood that the parties can reach agreement on a proposed order that will address the pending motion and resolve this dispute. The Court commends counsel for both sides for their good faith efforts seeking agreement and drafting a consent order.

If the parties are unable to reach agreement, each side may file its own proposed order addressing the pending motion.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report on or before **April 24, 2019**, informing the Court whether the parties will be able to file a proposed consent order in this matter.

**IT IS FURTHER ORDERED** that the parties shall file a proposed consent order, or in the alternative each side shall file its own proposed order, on or before **May 3, 2019**. If the parties are unable to agree on a consent order, each side may file a supplemental brief of five (5) pages or less along with their proposed order.

**SO ORDERED**.

Signed: April 10, 2019

David C. Keesler
United States Magistrate Judge